FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2020 JAN 17 AM 11:18

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Manes Pierre

Plaintiff

CASE NUMBER: 8:2020mc4T35 AEP

v.

State of Florida et all

Defendant

Non-UCC Private Citizen / Private Attorney General
P.O. Box 89292
Tampa, FL 33689
All Rights Reserved
with full immunity without Recourse

1/17/2020

**BAILOR/BAILEE NON-UCC # RE 754 850 486 US**

**LABOR WAGERING CREDIT ATTACHMENT SHEET # 1**

---

**UNITED STATES Department of Labor:**
Security Labor Credit Wager Payments and Labor Account Liquidation Window:
- SOCIAL SECURITY – Bonded Labor Wagering Security # 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
- US POSTAL SERVICE – Bonded Labor Wagering Security # RE 754 850 486 US
- Certificate of Naturalization – Bonded Labor Wagering Security # 22967482
- United States Selective Service – Bonded Labor Wagering Security # 67-1806551-6
- United States of America PASSPORT – Bonded Labor Wagering Security # 483763070
- UNITED STATES FEDERAL STUDENT LOAN – American Education Services Bonded Labor Wagering Security # 4778247509
- DISMISSED UNITED STATES BANKRUPTCY COURT Chapter 13 – Bonded Labor Wagering Security # 17-30787
- Manes Pierre VS. Clinton Foundation et al – Bonded Labor Wagering Security # 1:18-cv-01649
- EEOC/HUD Federal Charge Number – Manes Pierre V. HPS – Bonded Labor Wagering Security # 16C-2018-00952

OR _____

**STATE OF FLORIDA Department of Labor:**
Security Labor Credit Wager Payments and Labor Account Liquidation Window:
- State Citizen of Florida/Certificate of United States Citizenship – Bonded Labor Wagering Security # 22967482
- STATE OF FLORIDA – Driver License and ID Bonded Labor Wagering Security # P600-540-67-146-0
- United States Selective Service – Selective Service Bonded Labor Wagering Security # 67-1806551-6
- STATE OF FLORIDA EDUCATOR LICENSE – Bonded Labor Wagering Security # 794272
- STATE OF FLORIDA Certificate of Vehicle Title – Bonded Labor Wagering Security # 135244636
- STATE OF FLORIDA MARRIAGE LICENSE – Bonded Labor Wagering Security # 591528528
- STATE OF FLORIDA DIVORCE DECREE Broward County 17th Judicial Circuit Court – Bonded Labor Wagering Security # 00 021381 (40) (90)
- State of Florida IV-D Agency Broward County Family Court – Bonded Labor Wagering Security # 00 021381 (40) (90)
- STATE OF FLORIDA RO BROWARD COUNTY 17th Judicial Circuit Court – Bonded Labor Wagering Security # FMCE0021257 DIVISION 40

OR _____

**STATE OF GEORGIA Department of Labor:**
Security Labor Credit Wager Payments and Labor Account Liquidation Window:
- GEORGIA EDUCATOR CERTIFICATE – Bonded Labor Wagering Security # 638948
- STATE OF GEORGIA – Driver License and ID Bonded Labor Wagering Security # 059302180
- STATE OF GEORGIA DEPARTMENT OF REVENUE – Bonded Labor Wagering Security # 71569960406
- STATE OF GEORGIA VOTER REGISTRATION QUITMAN COUNTY – Bonded Labor Wagering Security # 10303358
- STATE OF GEORGIA CERTIFICATE OF APPOINTMENT OF NOTARY PUBLIC – Bonded Labor Wagering Security # W-00383804

OR _____

**STATE OF MARYLAND Department of Labor:**
Security Labor Credit Wager Payments and Labor Account Liquidation Window:

- MARYALND EDUCATOR CERTIFICATE – Bonded Labor Wagering Security # 16-8528

OR _____

**STATE OF VIRGINIA Department of Labor:**
Security Labor Credit Wager Payments and Labor Account Liquidation Window:

- VIRGINIA EDUCATOR CERTIFICATE – Bonded Labor Wagering Security # PGP-0614294
- STATE OF VIRGINIA – Driver License and ID Bonded Labor Wagering Security # A66173591
- STATE OF VIRGINIA MARIAGE LICENSE – Marriage License Bonded Labor Wagering Security # 591528528

OR _____

**STATE OF MASSACHUSETTS Department of Labor:**
Security Labor Credit Wager Payments and Labor Account Liquidation Window:
- MASSACHUSETTS EDUCATOR CERTIFICATE – Bonded Labor Wagering Security # 483919
- STATE OF MASSACHUSETTS – Driver License and ID Bonded Labor Wagering Security # 591528528
- STATE OF MASSACHUSETTS – Divorce Labor Waging Security # 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
- STATE OF MASSACHUSETTS – Title IV Agency Bonded Labor Wagering Security # MI 17D0775DR & MI16W1091
- STATE OF MASSACHUSETTS – RO Bonded Labor Wagering Security # 1711RO0127
- STATE OF MASSACHUSETTS – Police Report for Child Kidnapping Bonded Labor Wagering Security # 591528528
- STATE OF MASSACHUSETTS – STATE ATTORNEY'S OFFICE Bonded Labor Wagering Security # 18DL0017HO/18DL00118HO
- STATE OF MASSACHUSETTS' VOTER'S CARD TOWN OF DRACUT – Bonded Labor Wagering Security # 591528528
- STATE OF MASSACHUSETTS' VOTER'S CARD CITY OF PITTSFIELD – Bonded Labor Wagering Security # 591528528
- STATE OF MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION – Bonded Labor Wagering Security # 18SEM00478
- STATE OF MASSACHUSETTS TEACHER'S ASSOCIATION – Bonded Labor Wagering Security # 205-4407
- STATE OF MASSACHUSETTS TEACHER RETIREMENT SYSTEM – Bonded Labor Wagering Security # 930626
- STATE OF MASSACHUSETTS DEPARTMENT OF TRANSPORTATION TOLLS for 3DL449 – Bonded Labor Wagering Security # 19472150
- BOSTON MUTUAL LIFE INSURANCE COMPANY – Bonded Labor Wagering Security # 0000098528

OR _____

**WASHINGTON D.C. Department of Labor:**
Security Labor Credit Wager Payments and Labor Account Liquidation Window:
- WASHINGTON D.C. DRIVER'S LICENSE – Bonded Labor Wagering Security # 591528528
- Washington D.C. Traffic Tickets – Bonded Labor Wagering Security # 591528528
- Washington D.C. Divorce Decree – Bonded Labor Wagering Security # 591528528
- District of Columbia Public Schools Substitute Certificate – Bonded Labor Wagering Security # 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

# Non-UCC Filing as Per Registered Mail # RE 754 850 486 US

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE-Non-UCC Filing
## FINANCING STATEMENT FORM: RGM#RE754850486US

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| Manes; Pierre |
| B. Email Address: theindigenousarmy@gmail.com |
| C. SEND ACKNOWLEDGEMENT TO: |
| Name: Manes; Pierre |
| Private Attorney General |
| Address: McLane Middle School – C/O 306 North Knights Avenue |
| Address: P.O. Box 89292, Brandon, Florida Republic Near [33689-0404] |
| City/State/Zip: Brandon, Florida Republic Near [33510] |
| Non-UCC Filing as Per Registered Mail # RE 754 850 486 US |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

### 1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Manes Pierre – INCOLA Personal "Civility Dead" Labor Wagering Organization | | | |
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 1.c MAILING ADDRESS Line One | | | |
| C/O 306 North Knights Avenue, Brandon, FL 33510 | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| C/O P.O. Box 89292 | Brandon | FL | 33689-0404 | US |

### 2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

### 3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Manes; Pierre – a Republic Civis "Civilly Alive" International Organization | | | |
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 3.c MAILING ADDRESS Line One | | | |
| 306 N. Knights Avenue, Brandon, FL 33510 | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. Box 89292 | Brandon | FL | 33689-0404 | US |

### 4. This FINANCING STATEMENT covers the following collateral:

The Bailee is a Florida Republic Principality "Civilly Alive" of age, and one having the Full Power of a Private Attorney General; therefore, I am the Bailor's Will, claiming the Bailor's Non-UCC Bailment – Labor Wages up to $52 Billion, or $52 Billion in Gold, or Silver. This US Registered Mail Bailee/Bailor, NON-UCC Bonded Labor Wagering Security Claim and Lien Stand over all of the Associated MANES PIERRE – UNITED STATES and STATE OF FLORIDA Banked Labor Wagering Credits held on deposit with the Associated Labor Wage Banking Division within the Department of Labor; at the Labor Credit Window for Labor payments, or the full Liquidation of all of the Bailor's registered secured labor accounts.

Therefore, this labor credit lien NON-UCC is a Superior Labor Claim, which demands the restoration of withheld Labor Wagering Credits within 3 days to restore my just Tracing Rights, as required by the Law.

All Foreign Claim Jumping Contracts Liens and Bonds for their Foreign Corporate "Claim Jumping" Beneficial Unjust Profits are to be terminated. After the 3 days settlement Grace, an unresolved "Labor Wagering Claims" will carry additional charges based upon Title 15 USC § 1 & 2 for Labor Trade RESTRAINTS

[See the added sheet for the Bailor's Wagering Securities]

### 5. ALTERNATE DESIGNATION (if applicable)

☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☒ BAILEE/BAILOR
☐ AG LIEN  ☒ NON-UCC FILING  ☐ SELLER/BUYER

### 6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☒ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☐ Florida Documentary Stamp Tax is not required.

### 7. OPTIONAL FILER REFERENCE DATA

14th Amendment; PL79-291; 22 USC § 288a; 15 USC § 1 & 2; 46 USC § 73 & 573; 1868 Expatriation Act; USC § 9; Miler
Non-UCC Filing as Per Registered Mail # RE 754 850 486 US

---

STANDARD FORM - FORM UCC-1 (REV.05/2013)     Filing Office Copy     Approved by the Secretary of State, State of Florida